[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-11127
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 29, 2005
THOMAS K. KAHN

D. C. Docket No. 03-00191-CV-2

RICK DRUMMOND,

Plaintiff-Appellant,

versus

CITY OF BRUNSWICK, GEORGIA,
BRADFORD S. BROWN, In his official
capacity as Mayor of the City of Brunswick,
Georgia, and in his individual capacity, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(June 29, 2005)

Before CARNES, MARCUS and COX, Circuit Judges.

PER CURIAM:

Rick Drummond (Plaintiff) filed this 42 U.S.C. § 1983 action against the City of Brunswick, Georgia, Bradford S. Brown, and Roosevelt Harris, Jr. (Defendants).

The district court dismissed the Plaintiff's substantive due process claim against all Defendants, and the procedural due process claims against the City, pursuant to the Defendants' Fed. R. Civ. P. 12(b)(6) motion. (R.1-25.) Thereafter, the court dismissed the Plaintiff's procedural due process claims and state law claim for intentional infliction of emotional distress against Brown and Harris on these Defendants' Rule 56 motion for summary judgment, thereby disposing of all remaining claims. (R.2-68.) The Plaintiff appeals.

The Plaintiff contends that the district court erred: (1) in dismissing the substantive due process claims; (2) in granting summary judgment on the procedural due process claims; and (3) in granting summary judgment on the state law claim.

We discern no reversible error. All claims were properly dismissed for the reasons stated in the district court's orders referenced in this opinion.

AFFIRMED.